UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | 3:12-md-02385-DRH-SCW<br><br>MDL No. 2385 |

**This Document Relates to:**

*Donald Ray Pawley and Sheila M. Pawley v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*

No. 3:12-cv-60023-DRH-SCW

### Order Appointing Special Process Server

**HERNDON, Chief Judge:**

IT IS HEREBY ORDERED, that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendants, Boehringer Ingelheim Pharma GmgH & Co. Kg, Boehringer Ingelheim International GMBH and Boehringer Ingelheim GmbH in Germany and Bidachem S.P.A. in Italy. Service shall be effected according to any internationally agreed means, the laws of that foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of that foreign country, and in a manner reasonably calculated to give notice.

**SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2012.09.25 13:40:59 -05'00'

**Chief Judge**
**United States District Court**

Date:  September 25, 2012